UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILBUR H. BICKHAM,**   **CIVIL ACTION**
    **Plaintiff**

**VERSUS**   **No. 10-2761**

**ATP OIL & GAS CORP.,**   **SECTION "E"**
    **Defendant.**

**ORDER**

Before the Court is ATP Oil & Gas Corporation's ("ATP") Motion in Limine to Exclude Evidence of Other Accidents and References to ATP's Insurance Policies.[1]

**IT IS ORDERED** that ATP's Motion in Limine is **GRANTED IN PART**, as it relates to evidence of or reference to any insurance policy held by ATP.[2] Plaintiff shall not be permitted to introduce evidence of any ATP insurance policy to show that ATP acted negligently or wrongfully at the trial of this matter. *See* Fed. R. Evid. 411.

**IT IS FURTHER ORDERED** that ATP's Motion in Limine is **DENIED IN PART WITHOUT PREJUDICE,** as it relates to evidence of other accidents on board the Ship Shoal 322 platform. The Motion in Limine is premature, but may be re-urged after discovery is complete.

New Orleans, Louisiana, this  10th  day of May, 2012.

                                                            **SUSIE MORGAN**
                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 43.

[2] Plaintiff does not oppose the Motion in Limine as it relates to evidence of or reference to ATP's insurance policies. R. Doc. 46.